Date: March 5, 2024

To: Dr. David Bogen
Provost/Executive Vice President for Academic Affairs

From: Berklee Chapter AFT Local 4412

Re: Notice of Grievance, Step 3

On behalf of Berklee Chapter AFT, AFT-Massachusetts, AFL-CIO, Local 4412 and in accordance with the provisions of Article 11, Grievance Procedures, Local 4412 is filing a Step 3 grievance on behalf of all affected faculty on the basis of violations of Article 1, Recognition; Article 2, Definitions; Article 3, Union Securities and Dues Checkoff; Article 9, Minimum Terms; Article 24, Working Conditions; Article 25, Workload – Full-Time Faculty; Article 26, Workload – Part-Time Faculty; Article 38, Pre Existing Rights, Privileges Or Benefits; MOU #3 On-Line Courses/Berklee Online and any other articles that may apply.

Statement of issues: The college is allowing continuing students to take Berklee Online courses for credit.

As remedy, the college must cease this practice immediately and make the bargaining unit whole for the loss of teaching time and earnings resulting from the contract violation.

Please note that this contractual violation is ongoing and irreparable, and unless it is immediately rectified, the Union may file in federal court for injunctive relief in aid of arbitration.


William Silvio, President
P.C. Alexander, Grievance Officer
AFT, MFT, AFL-CIO, Local 4412
cc: Al Gordon, Esq.