**From:** Al Gordon O'Connell (he/him) agordon@pylerome.com
**Subject:** Berklee On-Line
**Date:** January 23, 2026 at 1:58 PM
**To:** Allison Anderson alanderson@foleyhoag.com
**Bcc:** Andrew Shryock andrew.shryock@gmail.com, william silvio wsilvio@comcast.net

Hi Allison,

I am sorry we missed each other to talk about the now-dueling ULP charges. But the issue is joined and we'll see where that lands.

I'm writing today out of concern relating to the Berklee On-Lined decision. Because the decision came out in the middle of the semester, and because the College had already indicated to existing students that they could get credit for certain Berklee on-line courses , the Union agreed to allow those credits to transfer for that one last semester so as not to disadvantage the students. However, the College has still kept the course equivalencies page active on its website, meaning that students have likely enrolled for this current semester believing that they will get transfer credit when no such credit is allowable.

As it stands, it appears that the College is not intending to comply with the award, but I'm hoping I'm incorrect about that. Can you please let me know whether the College intends to comply?

Thanks,
Al



Online Course Equivalencies
berklee.edu

**Alfred Gordon O'Connell (he/him/his)***
**Managing Partner**
Admitted in Massachusetts and Vermont



**Pyle Rome Ehrenberg PC**
Boston     Northampton, Mass.     Brattleboro, Vt.

**Boston Office (mailing address)**: 2 Liberty Square, 10th Floor, Boston, MA

02109  
tel: (617) 367-7200   fax: (617) 367-4820

**Vermont Office**: 93 Main Street, Brattleboro, VT 05301  
tel: (802) 652-5124   fax: (802) 652-5125

pylerome.com  
News: pylerome.com/recent  
Twitter: @pylerome

* Are you curious why I'm using my pronouns? Read more here: https://pronouns.org/what-and-why

This email message and any attachments are or may be attorney-client privileged and may contain confidential information.  Any distribution, copying, or disclosure of this information is strictly prohibited.  If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately.  The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.