X  Berklee's Boston Campus Will Be Closed Sunday, January 25, at 2:00 p.m., Through Monday, January 26   2026-01-25 21:58:58 UTC

Due to severe weather, Berklee's Boston campus will close early Sunday, January 25, at 2:00 p.m. The campus will remain closed Monday, January 26, and will reopen Tuesday, January 27, at 6:00 a.m. More info: berklee.edu/alerts.

## REGISTRATION AND RECORDS

- For Berklee College of Music Students
- For Boston Conservatory at Berklee Students
- Policy Handbook for Students
- College/Conservatory Integrated Course Offerings
- Online Course Equivalencies
- Returning Student Information
- Request Transcripts
- ProArts Cross-Registration
- Student Privacy Rights under FERPA
- Submit a Petition to the Office of the Registrar
- Enrollment Verification
- Request Apostille
- Update your Preferred Name, Gender Identity, or Gender Pronoun

### Leadership

**Joan Romano**
Registrar

### Contact Information

Registration and Records
onestop@berklee.edu
617-747-6777
**Fax:** 617-747-8520
Suite 100
921 Boylston Street
Boston
02215
United States
MS-939 REG

**Hours:**
Monday through Friday, 9:00 a.m. to 5:00 p.m.

# Online Course Equivalencies

Below you will find a list of course equivalencies offered through Berklee Online. Registration and billing for these courses are independent of those offered as part of your degree or diploma program. Scholarships and financial aid apply only to your primary enrollment and cannot be used for Berklee Online courses. Review Berklee Online's tuition and fees for more information.

**Special Note for Entering Students (Boston)**

If you are interested in using Berklee Online to fulfill requirements prior to your arrival at Berklee, we recommend enrollment in OLMSC-101 Music Production 101 (Berklee College of Music students only) or OLART-111 College Writing. If you anticipate that you will not need either of these courses, either by testing out of MTEC-111 Introduction to Music Technology or using transfer credit for LENG-111 Introduction to College Writing, please review the liberal arts electives below and consider taking one of those. There are currently no Berklee Online equivalencies that will take the place of any part of your required first-semester core music curriculum as an entering student.

## Additional Information About Berklee Online Courses

- Any course taken through Berklee Online that is not on the lists below will transfer in as a general elective only.
- Students must complete this form to transfer their Berklee Online courses to their degree audit.
- Individual classes cannot be selected for transfer. This means all Berklee Online classes that a student has received a grade for will be transferred to their degree audit.
- All courses taken through Berklee Online will affect your GPA. Courses taken through Berklee Online are Berklee courses and cannot be removed from your transcript.
- For remote study options for major requirements other than those explained below, please speak with your major chair. Berklee Online courses other than those specifically listed below cannot count toward your major without prior approval from your major chair.

Liberal arts course equivalencies are for both Berklee College of Music and Boston Conservatory at Berklee. All other course equivalencies are for Berklee College of Music only. Please review the options below and contact the department chair if you have any questions:

- Counterpoint
- Contemporary Writing and Production
- Harmony
- Jazz Composition
- Liberal Arts
- MTEC-111 Introduction to Music Technology
- Music Business
- Music Production and Engineering
- Music Therapy
- Performance Major Electives
- Performance Studies
- Recording and Production for Musicians Minor
- Screen Scoring
- Songwriting

### Counterpoint

Counterpoint Course

### Contemporary Writing and Production (CWP)

CWP Courses

### Harmony

Harmony Courses

### Jazz Composition

Jazz Composition Courses

### Liberal Arts

Liberal Arts Courses

### MTEC-111 Introduction to Music Technology

MTEC-111 Course

### Music Business/Management

Music Business Courses

### Music Production and Engineering (MP&E)

MP&E Courses

### Music Therapy

Music Therapy Courses

### Performance Major Electives

Performance Major Electives

### Performance Studies

The following three credit performance study courses will transfer to Berklee College of Music as one instrumental lab (ILxx) credit and two general elective credits.

Lab Options: All Instruments

Lab Options: Bass

Lab Options: Guitar

Lab Options: Percussion

Lab Options: Piano

Lab Options: Voice

### Recording and Production for Musicians Minor

Recording and Production Course Electives

Engineering Course Electives

Production Course Electives

### Screen Scoring

Screen Scoring Courses

### Songwriting

Songwriting

*Attention Berklee chairs/deans: please contact Jaime Bernard in the Office of the Registrar if you have any updates for this page.*

Berklee Bridge

Policies
Accreditation
Notices and Disclosures
Accessibility
Privacy Preferences

Libraries
Berklee Press
Hire Berklee Talent
Contact Us
Jobs at Berklee
Boston Campus Map

BERKLEENOW
The latest sounds, stories, ideas, and events.
Email Address  SUBSCRIBE

Stay Connected

© 2026 Berklee College of Music

X  Berklee's Boston Campus Will Be Open Tuesday, January 27

Berklee's Boston campus will return to normal operations on Tuesday, January 27, starting at 6:00 a.m. More info: berklee.edu/alerts.

## REGISTRATION AND RECORDS

- One Stop Student Services
- For Berklee College of Music Students
- For Boston Conservatory at Berklee Students
- Policy Handbook for Students
- College/Conservatory Integrated Course Offerings
- Online Course Equivalencies
- Returning Student Information
- Request Transcripts
- ProArts Cross-Registration
- Student Privacy Rights under FERPA
- Submit a Petition to the Office of the Registrar
- Enrollment Verification
- Request Apostille
- Update your Preferred Name, Gender Identity, or Gender Pronoun

### Leadership

**Joan Romano**
Registrar

### Contact Information

Registration and Records
onestop@berklee.edu
617-747-6777
**Fax:** 617-747-8520
Suite 100
921 Boylston Street
Boston
02215
United States
MS-939 REG
**Hours:**
Monday through Friday, 9:00 a.m. to 5:00 p.m.

# Online Course Equivalencies

Below you will find a list of course equivalencies offered through Berklee Online. Registration and billing for these courses are independent of those offered as part of your degree or diploma program. Scholarships and financial aid apply only to your primary enrollment and cannot be used for Berklee Online courses. Review Berklee Online's tuition and fees for more information.

**Special Note for Entering Students (Boston)**

If you are interested in using Berklee Online to fulfill requirements prior to your arrival at Berklee, we recommend enrollment in OLMSC-101 Music Production 101 (Berklee College of Music students only) or OLART-111 College Writing. If you anticipate that you will not need either of these courses, either by testing out of MTEC-111 Introduction to Music Technology or using transfer credit for LENG-111 Introduction to College Writing, please review the liberal arts electives below and consider taking one of those. There are currently no Berklee Online equivalencies that will take the place of any part of your required first-semester core music curriculum as an entering student.

## Additional Information About Berklee Online Courses

- Any course taken through Berklee Online that is not on the lists below will transfer in as a general elective only.
- Individual classes cannot be selected for transfer. This means all Berklee Online classes that a student has received a grade for will be transferred to their degree audit.
- All courses taken through Berklee Online are considered institutional credit and will affect your GPA. Courses taken through Berklee Online are Berklee courses and cannot be removed from your transcript.
- For remote study options for major requirements other than those explained below, please speak with your major chair. Berklee Online courses other than those specifically listed below cannot count toward your major without prior approval from your major chair.

Liberal arts course equivalencies are for both Berklee College of Music and Boston Conservatory at Berklee. All other course equivalencies are for Berklee College of Music only. Please review the options below and contact the department chair if you have any questions:

- Counterpoint
- Contemporary Writing and Production
- Harmony
- Jazz Composition
- Liberal Arts
- MTEC-111 Introduction to Music Technology
- Music Business
- Music Production and Engineering
- Music Therapy
- Performance Major Electives
- Performance Studies
- Recording and Production for Musicians Minor
- Screen Scoring
- Songwriting

### Counterpoint

Counterpoint Course

### Contemporary Writing and Production (CWP)

CWP Courses

### Harmony

Harmony Courses

### Jazz Composition

Jazz Composition Courses

### Liberal Arts

Liberal Arts Courses

### MTEC-111 Introduction to Music Technology

MTEC-111 Course

### Music Business/Management

Music Business Courses

### Music Production and Engineering (MP&E)

MP&E Courses

### Music Therapy

Music Therapy Courses

### Performance Major Electives

Performance Major Electives

### Performance Studies

The following three credit performance study courses will transfer to Berklee College of Music as one instrumental lab (ILxx) credit and two general elective credits.

Lab Options: All Instruments

Lab Options: Bass

Lab Options: Guitar

Lab Options: Percussion

Lab Options: Piano

Lab Options: Voice

### Recording and Production for Musicians Minor

Recording and Production Course Electives

Engineering Course Electives

Production Course Electives

### Screen Scoring

Screen Scoring Courses

### Songwriting

Songwriting

**Attention Berklee chairs/deans: please contact Jaime Bernard in the Office of the Registrar if you have any updates for this page.**



- Libraries
- Berklee Press
- Hire Berklee Talent
- Jobs at Berklee
- Contact Us
- Boston Campus Map

**BERKLEENOW**
The latest sounds, stories, ideas, and events.

- Policies
- Accreditation
- Notices and Disclosures
- Accessibility
- Privacy Preferences

© 2026 Berklee College of Music

Email Address     SUBSCRIBE

**Stay Connected**