BERKLEE.EDU  CAMPUSES AND SCHOOLS                     APPLY   GIVE   •  CAMPUS TOOLS      LOG IN



SEARCH    MENU

‹ One Stop Student Services

**REGISTRATION AND RECORDS**

For Berklee College of Music Students

   Registration Guide

   Forms

   Check-in Information

   Graduation Planning

   Declaring a Major/Minor

   Major Grids

   Withdrawals and Refunds

   Transfer Credit

   Alumni Degree Completion

For Boston Conservatory at Berklee Students

Policy Handbook for Students

College/Conservatory Integrated Course Offerings

Online Course Equivalencies

# Transfer Credit

Berklee values the college-level coursework completed by students at other institutions of higher education throughout the world. Transfer credit may be available to continuing/returning and prospective/entering students to help fulfill liberal arts and general elective requirements.

## Transferring Credits: Policies and Requirements

- Berklee only accepts transfer credit from accredited colleges and universities.
- Berklee **does not accept** music/performance courses with the exception of music history courses. Students may receive credit for existing musical knowledge based upon the results of the Entering Student Proficiency Assessments (ESPA) and/or Credit by Exam (CBX) taken upon arrival at Berklee.
- **Students may transfer up to 34 credits to fulfill their liberal arts or general elective requirements.** Course transfer, Advanced Placement (AP), College-Level Examination Program (CLEP), International Baccalaureate (IB), and A-levels, as well as dual enrollment (DE) courses, can be included in the 34-credit maximum. Courses must be a minimum of three (3) credits.
- Transfer credit is awarded if a course is comparable in content and depth to a course offered at Berklee, and if the student received a grade of "C" (73 percent or 2.0) or higher in the course. (Please note that accepted courses only transfer as earned credit(s), and the grade from the previous institution is not counted in a student's Berklee GPA.)
- Courses from outside institutions with a higher credit value may only be used to fulfill the course requirement, not to fulfill the credit value.
- Transcripts from international institutions require an official evaluation by a certified credentialing agency.

# Transfer Credits for Continuing/Returning Students

- Returning Student Information
- Request Transcripts
- ProArts Cross-Registration
- Student Privacy Rights under FERPA
- Submit a Petition to the Office of the Registrar
- Enrollment Verification
- Request Apostille
- Update your Preferred Name, Gender Identity, or Gender Pronoun

## Leadership

**Joan Romano**
Registrar

## Contact Information

[Registration and Records](#)

[onestop@berklee.edu](mailto:onestop@berklee.edu)

617-747-6777

**Fax:** 617-747-8520

Suite 100
921 Boylston Street
Boston

### Transfer Credit Pre-Approval Process

### Course Subjects Eligible for Transfer

### Course Subjects Ineligible for Transfer

### AP, CLEP, IB, A-level, and Dual Enrollment (DE)

### Online Courses That Meet Berklee Program Requirements

Some Berklee program requirements can be fulfilled with [Berklee Online](#) courses, which are considered institutional courses rather than transfer credits. All courses taken through Berklee Online, for which a student has received a grade, will count toward their GPA and cannot be removed from their transcript.

Any course taken through Berklee Online that does not have a course equivalency will be considered as a general elective only.

[View the list of Berklee course equivalencies offered through Berklee Online.](#)

### Submitting Transcripts for Transferring Credits

#### Official Transcripts

A transcript is considered official only if it is sent directly from an accredited college or university through an official and secure electronic transcript service such as [Parchment](#) or the [National Student Clearinghouse](#). Grade reports are not accepted for transfer credit. Official transcripts should be sent to [transfercredits@berklee.edu](mailto:transfercredits@berklee.edu).

02215
United States

MS-939 REG

**Hours:**
Monday through Friday, 9:00 a.m. to 5:00 p.m.



## International Transcripts

Transcripts from all international institutions, except those from Canada, require an official course-by-course translation into English and evaluation to American college standards by a certified credential evaluation service. The official translation must be electronically delivered to transfercredits@berklee.edu. Berklee recommends the following providers of translation and evaluation services:

- Education Credential Evaluators (ECE)
- The Evaluation Company (TEC)
- World Education Services (WES)

**Important note:** Be sure to remind any translation service that the translated transcript must include course names, the course credit values, and grades.

## Transfer Credits for Prospective/Entering Students

Transfer Credit FAQs ⌄

Course Subjects Eligible for Transfer ⌄

Course Subjects Ineligible for Transfer ⌄

Transfer Credit Evaluation ⌄

AP, CLEP, IB, GCE (A-Level), Dual Enrollment (DE) ⌄

Submitting Transcripts for Transferring Credits ⌄



Libraries

Berklee Press

BERKLEENOW
The latest sounds, stories, ideas, and events

Policies

Accreditation

Notices and Disclosures

Accessibility

Privacy Preferences

Hire Berklee Talent

Contact Us

Jobs at Berklee

Boston Campus Map

Ideas, and events.

[Email Address]   SUBSCRIBE

Stay Connected

